| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kenneth Robert Rice |
| Debtor 2 (Spouse, if filing) | Denise Marie Rice |
| United States Bankruptcy Court for the: | Eastern District of Wisconsin (State) |
| Case number | 17-24643-kmp |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust

**Court claim no.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account: 7755

**Date of payment change:** February 1, 2022
Must be at least 21 days after date of this notice

**New total payment:** $1,132.68
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $635.85      **New escrow payment:** $508.17

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   **Current Interest Rate:**       **New interest rate:**
   **Current principal and interest payment:**       **New principal and interest payment:**

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

   Reason for change:

   **Current mortgage payment:**       **New mortgage payment:**

| Debtor 1 | Kenneth Robert | | Rice | Case Number *(if known)* | 17-24643-kmp |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle Ghidotti-Gonsalves          Date 01/05/2022
   Signature

Print: Michelle Ghidotti-Gonsalves          Title  Authorized Agent
       First name   Middle Name   Last name

Company: GHIDOTTI | BERGER LLP

Address: 1920 Old Tustin Avenue
         Number    Street

         Santa Ana, CA 92705
         City      State    Zip Code

Contact phone (949) 427-2010       Email: bknotifications@ghidottiberger.com



**SN SERVICING CORPORATION**  
323 FIFTH STREET  
EUREKA CA 95501

(800) 603-0836  
Para Español, Ext. 2660, 2643 o 2772  
8:00 a.m. - 5:00 p.m. Pacific Time  
Main Office NMLS  
Branch Office NMLS

KENNETH R RICE  
3728 E KLIEFORTH AVE  
CUDAHY WI 53110

Analysis Date: December 02, 2021     Final  
Property Address: 3728 EAST KLIEFORTH AVENUE CUDAHY, WI 53110     Loan:

**Annual Escrow Account Disclosure Statement**  
**Account History**

This is a statement of actual activity in your escrow account from July 2021 to Jan 2022. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Feb 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 624.51 | 624.51 |
| Escrow Payment: | 646.35 | 508.17 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,270.86 | $1,132.68 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Feb 01, 2021 |
| Escrow Balance: | (1,576.75) |
| Anticipated Pmts to Escrow: | 7,756.20 |
| Anticipated Pmts from Escrow (-): | 5,254.09 |
| Anticipated Escrow Balance: | $925.36 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 2,465.34 |
| Jul 2021 | | 646.35 | | | * | | 0.00 | 3,111.69 |
| Aug 2021 | | | | 5,989.65 | * | City/Town Tax | 0.00 | (2,877.96) |
| Sep 2021 | | 646.35 | | | * | | 0.00 | (2,231.61) |
| Sep 2021 | | 183.88 | | | * | Tax Refund Report | 0.00 | (2,047.73) |
| Oct 2021 | | 646.35 | | | * | | 0.00 | (1,401.38) |
| Oct 2021 | | | | 844.00 | * | Homeowners Policy | 0.00 | (2,245.38) |
| Nov 2021 | | 646.35 | | | * | | 0.00 | (1,599.03) |
| Nov 2021 | | 22.28 | | | * | Escrow Only Payment | 0.00 | (1,576.75) |
| | | | | | | Anticipated Transactions | 0.00 | (1,576.75) |
| Dec 2021 | | 7,109.85 | | | | | | 5,533.10 |
| Jan 2022 | | 646.35 | | 5,254.09 | | City/Town Tax | | 925.36 |
| | $0.00 | $10,547.76 | $0.00 | $12,087.74 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: December 02, 2021                                                                                                                    Final
Borrower: KENNETH R RICE                                                                                                                            Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 925.36 | 1,016.40 |
| Feb 2022 | 508.17 | | | 1,433.53 | 1,524.57 |
| Mar 2022 | 508.17 | | | 1,941.70 | 2,032.74 |
| Apr 2022 | 508.17 | | | 2,449.87 | 2,540.91 |
| May 2022 | 508.17 | | | 2,958.04 | 3,049.08 |
| Jun 2022 | 508.17 | | | 3,466.21 | 3,557.25 |
| Jul 2022 | 508.17 | | | 3,974.38 | 4,065.42 |
| Aug 2022 | 508.17 | | | 4,482.55 | 4,573.59 |
| Sep 2022 | 508.17 | 844.00 | Homeowners Policy | 4,146.72 | 4,237.76 |
| Oct 2022 | 508.17 | | | 4,654.89 | 4,745.93 |
| Nov 2022 | 508.17 | | | 5,163.06 | 5,254.10 |
| Dec 2022 | 508.17 | | | 5,671.23 | 5,762.27 |
| Jan 2023 | 508.17 | 5,254.09 | City/Town Tax | 925.31 | 1,016.35 |
| | $6,098.04 | $6,098.09 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 1,016.35. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,016.35 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 925.36. Your starting balance (escrow balance required) according to this analysis should be $1,016.40. This means you have a shortage of 91.04. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 6,098.09. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: December 02, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Final
Borrower: KENNETH R RICE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 508.17 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $508.17 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**CERTIFICATE OF SERVICE**

On January 05, 2022, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

| | |
|---|---|
| COUNSEL FOR DEBTOR | |
| Andrew M.Golanowski | wal@geracilaw.com |
| | |
| TRUSTEE | |
| Scott Lieske | ecf@chapter13milwaukee.com |
| | |
| US TRUSTEE | ustpregion11.mi.ecf@usdoj.gov |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ana Palacios
Ana Palacios

On January 05, 2022, I served the foregoing documents described Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| | |
|---|---|
| Debtors:<br>Kenneth Robert Rice<br>Denise Marie Rice<br>3728 E Klieforth Ave<br>Cudahy, WI 53110 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ana Palacios
Ana Palacios